**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLECTRONICS, INC., | No. C-14-00552 DMR |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| RCD PRODUCTS, LLC ET AL, | |
| Defendant(s). | |

The court is in receipt of Plaintiff's request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for June 4, 2014 has been CONTINUED to **July 30, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **July 23, 2014.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: May 30, 2014

_____
DONNA M. RYU
United States Magistrate Judge