UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLECTRONICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RCD PRODUCTS, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-00552-JST<br><br>**ORDER TERMINATING MOTION TO DISMISS**<br><br>Re: ECF No. 23 |

On August 1, when this case was assigned to Magistrate Judge Donna Ryu, Defendant Jeri Harmon filed a motion to dismiss for lack of personal jurisdiction, and noticed the motion for hearing before Judge Ryu on September 11, 2014. ECF No. 23. The August 5 reassignment order vacated that hearing date and directed the parties that "motions should be renoticed for hearing before the judge to whom the case has been reassigned." ECF No. 27. Defendant Harmon has not renoticed her motion for hearing. As for Plaintiff, its opposition to Defendant Harmon's motion was due August 15, see Civ. L.R. 7-3(a), and pursuant to the reassignment order, "[b]riefing schedules . . . remain unchanged." ECF No. 27. No response to the motion has been filed.

It appears that neither party has taken note of the reassignment order. The Court hereby TERMINATES Defendant Harmon's motion to dismiss, ECF No. 23, without prejudice toward refiling.

**IT IS SO ORDERED.**

Dated: August 26, 2014

                                                                                     JON S. TIGAR
                                                                     United States District Judge