STEPHEN M. KAPPOS, ESQ. (SBN 141371)
ROBINSON-KAPPOS
3785 BRICKWAY BOULEVARD, SUITE 210
SANTA ROSA, CA 95403
Telephone: (707) 522-0114
Facsimile: (707) 522-0107

Attorneys for Collectronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLECTRONICS, INC., | Case No. 3:14-CV-00552 JST |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT BY CLERK** |
| RCD PRODUCTS, LLC., et al., | |
| Defendants. | |

Application for Default Judgment by Clerk and Declaration of Stephen M. Kappos in Support of Application for Default Judgment by Clerk having been filed and reviewed by the Clerk of the Court,

JUDGMENT IS ENTERED UNDER RULE 55(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AS FOLLOWS:

Judgment is entered in the sum of $147,335.50 plus prejudgment interest of $25,190.88 for a total judgment of $172,526.38 in favor of plaintiff Collectronics, Inc. against defendants RCD Products, LLC; Rick L. Thomas, AKA Richard L. Thomas; and Chad Polhamus.

Dated: 10/8/2014

RICHARD W. WIEKING, Clerk

By: Thelma Nudo